1  HANSON BRIDGETT LLP
   MILES C. HOLDEN, SBN 263342
2  mholden@hansonbridgett.com
   CANDICE P. SHIH, SBN 294251
3  cshih@hansonbridgett.com
   425 Market Street, 26th Floor
4  San Francisco, California 94105
   Telephone: (415) 777-3200
5  Facsimile: (415) 541-9366

6  Attorneys for Plaintiffs BUILD GROUP,
   INC. and PACIFIC STRUCTURES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BUILD GROUP, INC. and PACIFIC STRUCTURES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; GREENWICH INSURANCE COMPANY; and NAVIGATORS SPECIALTY INSURANCE COMPANY, <br><br> Defendants. | CASE NO. 3:18-cv-00331-EMC <br><br> **STIPULATED REQUEST TO CONTINUE DATES AND [~~PROPO~~SED] ORDER** <br> **[Local Rule 6-2]** |

Plaintiffs BUILD GROUP, INC. and PACIFIC STRUCTURES (collectively, "Plaintiffs") and Defendants NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; GREENWICH INSURANCE COMPANY; and NAVIGATORS SPECIALTY INSURANCE COMPANY (collectively, "Defendants"), by and through their respective attorneys of record, hereby submit this stipulated request for a continuance of case management dates, as stated below:

WHEREAS, Plaintiffs filed this action on January 16, 2018;

WHEREAS, this insurance coverage dispute concerns Defendants' alleged duty to indemnify Plaintiffs and reach a settlement in connection with various underlying actions filed against Plaintiffs and coordinated in California Superior Court, San Francisco County ("Underlying Claims");

WHEREAS, the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines on January 18, 2018, which set the following schedule for this action:

| Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• file ADR Certification signed by Parties and Counsel<br>• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | March 29, 2018 |
|---|---|
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement | April 12, 2018 |
| Initial Case Management Conference | April 19, 2018 at 9:30 AM |

WHEREAS, Defendant NAVIGATORS SPECIALTY INSURANCE COMPANY filed its Answer on February 12, 2018;

WHEREAS, Plaintiffs and Defendant GREENWICH INSURANCE COMPANY stipulated to extend the time for Defendant GREENWICH INSURANCE COMPANY to file its Answer to April 6, 2018;

WHEREAS, Plaintiffs and Defendant NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA stipulated to extend the time for Defendant NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA to file its Answer to April 6, 2018;

WHEREAS, Plaintiffs and Defendants (collectively, "Parties") and the litigants in the Underlying Claims recently reached a settlement in principle

("Proposed Settlement"), but need additional time to negotiate and confirm final terms and execute a final written agreement;

THEREFORE, the Parties request a continuance of certain dates to allow sufficient time for the finalization of the Proposed Settlement so that the Court and the Parties can conserve resources in the meantime, and the Parties specifically request that the Court:

1. Extend the deadline for Defendant GREENWICH INSURANCE COMPANY and Defendant NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA to file their respective Answers to and including April 30, 2018 and,

2. Continue the dates in the Court's Order Setting Initial Case Management Conference and ADR Deadlines by approximately 40 days, as follows:

| Event | Dates From Court's Order | Proposed New Dates |
|---|---|---|
| Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• file ADR Certification signed by Parties and Counsel<br>• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | March 29, 2018 | May 10, 2018 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement | April 12, 2018 | May 24, 2018 |
| Initial Case Management Conference | April 19, 2018 at 9:30 AM | May 31, 2018 |

IT IS SO STIPULATED.

DATED: March 23. 2018                HANSON BRIDGETT LLP


By: _____/s/ Candice P. Shih_____
    MILES C. HOLDEN
    CANDICE P. SHIH
    Attorneys for Plaintiffs BUILD GROUP,
    INC. and PACIFIC STRUCTURES, INC.


DATED: March 23. 2018                WOLKIN CURRAN. LLP


By: _____/s/ David F. Myers_____
    BRANDT L. WOLKIN
    DAVID F. MYERS
    Attorneys for Defendant NAVIGATORS
    SPECIALTY INSURANCE COMPANY


DATED: March 23. 2018                DUANE MORRIS LLP


By: _____/s/ Jessica E. La Londe_____
    MAX H. STERN
    JESSICA E. LA LONDE
    Attorneys for Defendant GREENWICH
    INSURANCE COMPANY


DATED: March 23. 2018                SACRO & WALKER LLP


By: _____/s/ Richard D. Bremer_____
    JENNIFER YU SACRO
    RICHARD D. BREMER
    Attorneys for Defendant NATIONAL
    UNION FIRE INSURANCE COMPANY
    OF PITTSBURGH, PA

**PURSUANT TO STIPULATION, IT IS ORDERED that:**

The Court hereby extends the deadline for Defendant GREENWICH INSURANCE COMPANY and Defendant NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA to file their respective Answers to and including April 30, 2018; and

The Court further hereby vacates the dates set in the Court's Order Setting Initial Case Management Conference, and the Court sets the following dates for this action:

| Event | New Date |
|---|---|
| Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• file ADR Certification signed by Parties and Counsel<br>• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | May 10, 2018 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement | May 24, 2018 |
| Initial Case Management Conference | May 31, 2018 |

**IT IS SO ORDERED.**

DATED: 3/27/18

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA