HANSON BRIDGETT LLP
MILES C. HOLDEN, SBN 263342
mholden@hansonbridgett.com
CANDICE P. SHIH, SBN 294251
cshih@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

Attorneys for Plaintiffs BUILD GROUP,
INC. and PACIFIC STRUCTURES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUILD GROUP, INC. and PACIFIC STRUCTURES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; GREENWICH INSURANCE COMPANY; and NAVIGATORS SPECIALTY INSURANCE COMPANY, <br><br> Defendants. | CASE NO. 3:18-cv-00331-EMC <br><br> **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiffs BUILD GROUP, INC. and PACIFIC STRUCTURES (collectively, "Plaintiffs") and Defendants NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; GREENWICH INSURANCE COMPANY; and NAVIGATORS SPECIALTY INSURANCE COMPANY (collectively, "Defendants"), by and through their respective attorneys of record, hereby submit this Stipulation of Dismissal Without Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure:

WHEREAS, this insurance coverage dispute concerns Defendants' alleged duty to indemnify Plaintiffs and reach a settlement in connection with various underlying actions filed against Plaintiffs and coordinated in California Superior Court, San Francisco County ("Underlying Claims");

WHEREAS, Plaintiffs filed this action on January 16, 2018;

WHEREAS, Defendant NAVIGATORS SPECIALTY INSURANCE COMPANY filed its Answer on February 12, 2018;

WHEREAS, Plaintiffs and Defendant GREENWICH INSURANCE COMPANY stipulated to extend the time for Defendant GREENWICH INSURANCE COMPANY to file its Answer to April 6, 2018 and then to April 30, 2018;

WHEREAS, Plaintiffs and Defendant NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA stipulated to extend the time for Defendant NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA to file its Answer to April 6, 2018 and then to April 30, 2018;

WHEREAS, Plaintiffs and Defendants (collectively, "Parties") have settled their dispute, and Plaintiffs wish to dismiss the Complaint without prejudice;

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN the Parties, through their designated counsel, that this action be and is dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure; and

The Parties further stipulate that they shall each bear their own fees and costs incurred in this action up to and through this dismissal.

//
//
//
//
//

| | | |
|---|---|---|
| DATED: April 23, 2018 | | HANSON BRIDGETT LLP |

By: */s/ Candice P. Shih*
MILES C. HOLDEN
CANDICE P. SHIH
Attorneys for Plaintiffs BUILD GROUP, INC. and PACIFIC STRUCTURES, INC.

DATED: April 23, 2018　　　　　　WOLKIN CURRAN, LLP

By: */s/ David F. Myers*
BRANDT L. WOLKIN
DAVID F. MYERS
Attorneys for Defendant NAVIGATORS SPECIALTY INSURANCE COMPANY

DATED: April 23, 2018　　　　　　DUANE MORRIS LLP

By: */s/ Jessica E. La Londe*
MAX H. STERN
JESSICA E. LA LONDE
Attorneys for Defendant GREENWICH INSURANCE COMPANY

DATED: April 23, 2018　　　　　　SACRO & WALKER LLP

By: */s/ Richard D. Bremer*
JENNIFER YU SACRO
RICHARD D. BREMER
Attorneys for Defendant NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

IT IS SO ORDERED

[signature]
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# ATTESTATION

I, Candice P. Shih, am the ECF User whose identification and password are being used to file the Stipulation of Dismissal Without Prejudice, filed concurrently herewith. Pursuant to Local Rule 5-1(i)(3), I hereby attest that counsel for National Union Fire Insurance Company of Pittsburgh, Pa; Greenwich Insurance Company; and Navigators Specialty Insurance Company have concurred in the filing of the Stipulation of Dismissal Without Prejudice, filed concurrently herewith.

DATED: April 23, 2018      HANSON BRIDGETT LLP


By:  */s/ Candice P. Shih*
   CANDICE P. SHIH
   Attorneys for Plaintiffs BUILD GROUP,
   INC. and PACIFIC STRUCTURES, INC.